IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:12MJ08000 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| v. | ) | |
| | ) | |
| RONALD E. LIDDERDALE, | ) | SENTENCING MEMORANDUM |
| | ) | |
| Defendant. | ) | |

  The United States respectfully submits this memorandum for the Court's consideration in imposing sentence in this case.  We recommend a sentence that includes a period of incarceration in light of the advisory guideline sentencing range, magnitude of the offense, and need for a deterrent effect.

  The sentencing range, pursuant to the advisory guidelines, is between 18 to 24 months (Level 15), based on a tax loss of $281,341.  Given this substantial loss, resulting from Ronald E. Lidderdale's conduct over a period of three years, and the likely visibility of the sentence in

- 2 -

Lidderdale's small community, a sentence of incarceration is warranted even after considering the various mitigating circumstances set forth in Lidderdale's sentencing memorandum.

        Respectfully Submitted,

        STEVEN M. DETTELBACH
        UNITED STATES ATTORNEY

By:    /s/ Perry D. Mastrocola
        Perry D. Mastrocola (#0073005(OH))
        Special Assistant United States Attorney
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44077
        (216) 622-3865 (phone)
        (216) 522-7499 (facsimile)
        E-mail Perry.Mastrocola@usdoj.gov